No. 77–1253. NIMMO ET AL. *v.* GRAINGER ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 77–1330. ISAKSON ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.